UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FADIL YACOUBOU,<br><br>                    Plaintiff,<br><br>    -against-<br><br>TEX-Q EXPRESS INC, et al.,<br><br>                    Defendants. | 24-CV-00357 (LAK)(RFT)<br><br>ORDER |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order on January 25, 2024 (ECF 6), parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and file it on the docket by February 15, 2024. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until 9 AM on **February 20, 2024**.

DATED:  February 16, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge