UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FADIL YACOUBOU,<br><br>        Plaintiff,<br><br> -against-<br><br>TEX-Q EXPRESS INC, et al.,<br><br>        Defendants. | 24-CV-00357 (LAK)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On May 31, 2024, the fact discovery deadline in this matter was extended until **June 29, 2024**. (*See* ECF 17.) The deadline for completing expert discovery was not extended at the time and therefore remains **July 31, 2024**. The parties shall file, **by July 9, 2024**, a joint status letter (1) confirming that fact discovery has been completed; (2) indicating whether the parties anticipate any issues with completing expert discovery by July 31, 2024; and (3) indicating whether they would like the Court's assistance at this time with settlement, either through Court-annexed mediation or through a settlement conference. If any party anticipates making a motion for summary judgment, then the joint status letter shall also include a proposed briefing schedule for that motion.

DATED: July 3, 2024
      New York, NY

                        SO ORDERED.

                        **ROBYN F. TARNOFSKY**
                        United States Magistrate Judge