UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FADIL YACOUBOU<br><br>     Plaintiff,<br><br>-against-<br><br>TEX-Q EXPRESS INC., et al.,<br><br>     Defendant. | 24-CV-00357 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference, on **July 11, 2024 at 11:30 AM**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 172 812 913#.**

DATED:  New York, New York
      July 9, 2024

                   SO ORDERED.

                   _____
                   **ROBYN F. TARNOFSKY**
                   United States Magistrate Judge