UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FADIL YACOUBOU,

                Plaintiff,

-against-

TEX-Q EXPRESS INC, et al.,

                Defendants.

24-CV-00357 (LAK)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A settlement conference is scheduled to be held remotely on **Monday, August 12, 2024 at 2:00 p.m**. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **July 17, 2024**, to propose three alternative dates and times for the settlement conference during the week of August 12, 2024.

    The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **August 5, 2024**, **at 5:00 p.m**.

    Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  July 12, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge