**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FADIL YACOUBOU,

                Plaintiff,                    24 **CIVIL** 0357 (LAK)(RFT)
)

     -against-                                 **JUDGMENT**

TEX-Q EXPRESS INC., et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 3, 2025, the Court adopts the magistrate's report and recommendation (Dkt 42) in full. Defendant Tex-Q Express Inc.'s motion for summary judgment (Dkt 31) is granted and the claims against John Doe are dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      September 4, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                              **BY:**
                                                       **Deputy Clerk**